FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022
(650) 964-8901

Attorney for Plaintiff

SAFEWAY INC.
STEPHEN Q. ROWELL, #098228
THEODORE K. BELL, #184289
5918 Stoneridge Mall Road
Pleasanton, CA 94588-3229
Telephone (925) 467-3936

Attorneys for Defendant
SAFEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESTER HOGAN, | ) | Case No. CV 10-04262 JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| vs. | ) | **TO FILE A FIRST AMENDED** |
| | ) | **COMPLAINT** |
| | ) | |
| SAFEWAY STORES, a California | ) | |
| Corporation, | | |
| | ) | |
| Defendants. | ) | |

COMES NOW Plaintiff LESTER HOGAN and Defendant SAFEWAY STORES, INC. by and through its attorneys and Stipulate that Plaintiff shall be granted leave to file a First Amended Complaint, a copy of which is attached hereto and marked Exhibit A.

By entering into this stipulation Defendant Safeway Stores, Inc. does not waive any defenses that it may have to the claims in the First Amended Complaint, and does not admit any allegations in

```
 1 │ the First Amended Complaint.
 2 │       Defendant SAFEWAY STORES, INC. is granted thirty (30) days to
 3 │ respond  to  said  Amended  Complaint  after  service  of  it  upon
 4 │ Defendant SAFEWAY STORES, INC.
 5 │
 6 │ Dated:1/18/2011          ____/S/Frank E. Mayo
   │                          Frank E. Mayo, Attorney
 7 │                          For Plaintiff LESTER HOGAN
 8 │                          SAFEWAY, INC.
 9 │ Dated:1/18/2011
   │                  By:     ____/S/Stephen Q. Rowell, Esq.
10 │                          Stephen Q. Rowell, Attorney
   │                          Defendant SAFEWAY STORES, INC.
11 │
12 │
13 │ IT IS SO ORDERED
14 │
15 │ Dated: 1/20/11          _____
   │                         UNITED STATES DISTRICT JUDGE
16 │                         HON.  JAMES WARE  JEREMY FOGEL
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │
```

STIPULATION AND ORDER TO FILE A FIRST AMENDED COMPLAINT                    2