IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER HOGAN,<br><br>        Plaintiff,<br><br>  v.<br><br>SAFEWAY, ET AL.,<br><br>        Defendant.<br>                                            / | No. C 10-04262 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 12, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 16, 2012.

DESIGNATION OF EXPERTS: 3/19/12; REBUTTAL: 3/30/12.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 16, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by April 27, 2012;

    Opp. Due May 11, 2012 ;  Reply Due May 18, 2012;

    and set for hearing no later than June 1, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 10, 2012 at 3:30 PM.

JURY  TRIAL DATE: JULY 23, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/17/11

                                                                 SUSAN ILLSTON
                                                                 United States District Judge