SAFEWAY INC.
STEPHEN Q. ROWELL, SBN 098228
E-mail: stephen.rowell@safeway.com
THEODORE K. BELL, SBN 184289
E-mail: tad.bell@safeway.com
5918 Stoneridge Mall Road
Pleasanton, CA  94588-3229
Telephone:  (925) 467-3936
Facsimile:   (925) 467-3214

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER HOGAN,<br>　　　　　　Plaintiff,<br>　vs.<br>SAFEWAY STORES, a California Corporation, LOCAL 5, OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION, AN UNINCORPORATED<br>　　　　　　Defendants. | No. CV-10-04262 SI<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE<br><br>Ctrm.:      10<br>Trial Date:   July 23, 2012<br><br>Hon. Susan Illston |

**INTRODUCTION**

Plaintiff is a former Safeway employee who was terminated in January 2010 for violating company policies.  In this action, he alleges that his termination was the result of racial discrimination and that his Union breached its duty of good faith and fair dealing during post termination grievance

- 1 -

1 proceedings.

2     This case is scheduled for a Further Case Management Conference on
3 January 13, 2012. The parties recently reached a tentative settlement in this
4 case and have agreed to stipulate to an Order from the Court continuing the
5 Case Management Conference to March 2, 2012, or soon thereafter as is
6 convenient for the Court, so as to allow the parties sufficient time to finalize the
7 settlement.

8                       **STIPULATION**

9     The parties hereby stipulate that the Further Case Management
10 Conference now scheduled to take place on January 13, 2012 be continued to
11 March 2, 2012 or as soon thereafter as is convenient for the court.

12

13 Respectfully submitted.

14

15 Dated: January 9, 2012                   /s/_____
                                           FRANK MAYO

16                                            Attorney for Plaintiff

17

18 Dated: January 9, 2012                   /s/_____
                                           STEPHEN Q. ROWELL

19                                            Attorney for Defendant Safeway Inc.

20

21 Dated: January 9, 2012                   /s/_____
                                           CAREN SENCER

22                                            Attorney for Defendant UCFW Local 5

23

24

25

26

27

28

STIPULATION RE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. CV-10-04262 SI

## ORDER

IT IS SO ORDERED that the Further Case Management Conference scheduled for January 13, 2012 be continued to March 2, 2012.

Dated: 1/10/12

_____
Honorable Susan Illston
Judge, United States District Court

- 3 -

STIPULATION RE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. CV-10-04262 SI