CAREN P. SENCER, Bar No. 233488
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax  (510) 337-1023
E-Mail:  csencer@unioncounsel.net

Attorneys for Defendant
UNITED FOOD AND COMMERCIAL
WORKERS UNION LOCAL 5

FRANK E. MAYO, Bar No. 042972
LAW OFFICE OF FRANK E. MAYO
5050 El Camino Real, Suite 228
Los Altos, California 94022
Telephone (650) 964-8901
Fax (650) 964-7293
Email:  fmayolaw@aol.com

Attorney for Plaintiff
LESTER HOGAN

STEPHEN Q. ROWELL, Bar No. 098228
SAFEWAY, INC.
5918 Stoneridge Mall Road, Building G
Pleasanton, California 94588-3229
Telephone (925) 467-3936
Fax (925) 467-3214
Email:  stephen.rowell@safeway.com

Attorneys for Defendant
SAFEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER HOGAN,<br><br>                Plaintiff,<br><br>    v.<br><br>SAFEWAY STORES, INC., LOCAL 5 OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION,<br><br>                Defendants. | Case No. CV-10-04262 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1) AND ORDER**<br><br>Judge:    Hon. Susan Illston |

1

STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1) AND ORDER
CASE NO. CV-10-04262 SI

IT IS HEREBY STIPULATED by the Parties to this action, through their designated Counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41 (a)(1), each Party to bear its own fees and costs.

Dated:  February 9, 2012                     WEINBERG, ROGER & ROSENFELD
                                             A Professional Corporation


                                             /s/ Caren P. Sencer
                                        By:  _____
                                                CAREN P. SENCER

                                             Attorneys for Defendant
                                             UNITED FOOD AND COMMERCIAL
                                             WORKERS UNION LOCAL 5

Dated:  February 9, 2012                     LAW OFFICE OF FRANK E. MAYO


                                             /s/ Frank E. Mayo
                                        By:  _____
                                                FRANK E. MAYO

                                             Attorneys for Plaintiff
                                             LESTER HOGAN

Dated:  February 9, 2012                     SAFEWAY, INC.


                                             /s/ Stephen Q. Rowell
                                        By:  _____
                                                STEPHEN Q. ROWELL

                                             Attorneys for Defendant
                                             SAFEWAY, INC.

       IT IS SO ORDERED.

Dated: _____2/14/12_____

                                             _____
                                             UNITED STATES DISTRICT JUDGE
                                             HON. SUSAN ILLSTON

125869/655482

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1) AND ORDER
CASE NO. CV-10-04262 SI