1  CAREN P. SENCER, Bar No. 233488
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501
   Telephone (510) 337-1001
4  Fax  (510) 337-1023
   E-Mail:  csencer@unioncounsel.net
5
   Attorneys for Defendant
6  UNITED FOOD AND COMMERCIAL
   WORKERS UNION LOCAL 5
7

8  FRANK E. MAYO, Bar No. 042972
   LAW OFFICE OF FRANK E. MAYO
9  5050 El Camino Real, Suite 228
   Los Altos, California 94022
10 Telephone (650) 964-8901
   Fax (650) 964-7293
11 Email:  fmayolaw@aol.com

12 Attorney for Plaintiff
   LESTER HOGAN
13

14 STEPHEN Q. ROWELL, Bar No. 098228
   SAFEWAY, INC.
15 5918 Stoneridge Mall Road, Building G
   Pleasanton, California 94588-3229
16 Telephone (925) 467-3936
   Fax (925) 467-3214
17 Email:  stephen.rowell@safeway.com

18 Attorneys for Defendant
   SAFEWAY, INC.
19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LESTER HOGAN, | Case No. CV-10-04262 SI |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1) AND ORDER** |
| v. | |
| SAFEWAY STORES, INC., LOCAL 5 OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION, | Judge:    Hon. Susan Illston |
| Defendants. | |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1) AND ORDER
CASE NO. CV-10-04262 SI

IT IS HEREBY STIPULATED by the Parties to this action, through their designated Counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41 (a)(1), each Party to bear its own fees and costs.

Dated: February 9, 2012     WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Caren P. Sencer
       CAREN P. SENCER

Attorneys for Defendant
UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 5

Dated: February 9, 2012     LAW OFFICE OF FRANK E. MAYO

By: /s/ Frank E. Mayo
       FRANK E. MAYO

Attorneys for Plaintiff
LESTER HOGAN

Dated: February 9, 2012     SAFEWAY, INC.

By: /s/ Stephen Q. Rowell
       STEPHEN Q. ROWELL

Attorneys for Defendant
SAFEWAY, INC.

IT IS SO ORDERED.

Dated: _____2/14/12_____

_____
UNITED STATES DISTRICT JUDGE
HON. SUSAN ILLSTON

125869/655482

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001